UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUST JOSH, INC., <br><br>　　　　　　Plaintiff, <br><br>　　v. <br><br> RAKUTEN USA, INC., et al., <br><br>　　　　　　Defendants. | Case No.  25-cv-02038-SK <br><br> **SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Plaintiff filed a notice contending that this case is potentially related to 25-cv-02005, *Rhodes v. Rakuten USA, Inc. et al*, with the Hon. Haywood S Gilliam, Jr presiding.  Because 25-cv-02005 is the lowest-numbered case, the Court therefore REFERS this case to Judge Gilliam and requests that Judge Gilliam consider whether these cases are related.  Civil L.R. 3-12(c).

**IT IS SO ORDERED**.

Dated: March 3, 2025

_____
SALLIE KIM
United States Magistrate Judge